HORACE W. GREEN, BAR NO. 115699
hgreen@bpbsllp.com
CONNOR M. DAY, BAR NO. 233245
cday@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street., Suite 720
Walnut Creek, California 94596
Telephone: 925 944 9700
Facsimile: 925 944 9701

S. Preston Ricardo
Golenbock Eiseman Assor Bell
& Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
Phone: 212-907-7300
Facsimile: 212-754-0330
pricardo@golenbock.com
*Admission Pro Hac Vice Pending*

Attorneys for Plaintiff Luxurycatalogs.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUXURYCATALOGS.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL G. MILLER, <br><br> Defendant. | Case No. 3:14-cv-04952-TEH <br><br> **REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (Civil L.R. 16-2)** <br><br> Date: March 2, 2015 <br> Time: 1:30 p.m. <br> Judge: Honorable Thelton E. Henderson <br> Ctrm.: 12, 19th Floor |

Plaintiff Luxurycatalogs.com, Inc. ("Luxurycatalogs") in the above-entitled action hereby requests a continuance of the Case Management Conference, presently set for March 2, 2015, in order to allow Luxurycatalogs time to prepare and file an Application for Entry of Default Judgment against Defendant Daniel G. Miller ("Miller").

CASE NO.: 3:14-CV-04952-TEH

On January 16, 2015, Miller was served with Luxurycatalogs' Complaint in this action. The applicable time limit for Miller to appear or otherwise respond to the Complaint expired on Friday February 6, 2015.

On February 13, 2015, Luxurycatalogs filed a Notice for Entry of Default against Miller. (Doc. No. 12.) Thereafter, on February 18, 2015, a default was entered against Miller. (Doc. No. 13.)

Luxurycatalogs anticipates filing its Application for Entry of Default Judgment against Miller within the next three (3) weeks. Therefore, and in order to give Luxurycatalogs time to prepare and file its Application for Entry of Default Judgment, Luxurycatalogs respectfully requests that the Case Management Conference, presently set for March 2, 2015 at 1:30 p.m., be continued to March 16, 2015 at 1:30 p.m.

Dated: February 23, 2015   **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:/s/Connor M. Day
    Horace W. Green
    Connor M. Day
    Attorneys for Plaintiff
    Luxurycatalogs.com, Inc.

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall file its motion for default judgment on or before **March 16, 2015**. The Case Management Conference currently set for March 2, 2015, is continued to **May 11, 2015, at 1:30 PM**.

Dated: 02/24/2015



_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

CASE NO.: 3:14-CV-04952-TEH

BUCHMAN PROVINE BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA