UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUXURYCATALOGS.COM, INC.,

        Plaintiff,

  v.

DANIEL G. MILLER,

        Defendant.

Case No. 14-cv-04952-TEH

**ORDER TO SHOW CAUSE**

        This matter came before the Court on May 11, 2015, for a case management conference. Defendant's counsel, G. Whitney Leigh, failed to appear. When the Court's courtroom deputy telephoned Mr. Leigh's number as listed on the docket, she received a message stating that the number had been disconnected. Plaintiff's counsel provided an alternate phone number, but when the courtroom deputy telephoned that number, she received a message stating that the voicemail box was full.

        Accordingly, IT IS HEREBY ORDERED that on **June 1, 2015, at 10:00 AM**, Mr. Leigh shall show cause in Courtroom No. 2, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California, as to why monetary or other sanctions should not issue for his failure to appear at the case management conference. Mr. Leigh shall file a written response to this show cause order on or before **May 22, 2015**.

**IT IS SO ORDERED.**

Dated: 05/11/15

_____
THELTON E. HENDERSON
United States District Judge