UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXURYCATALOGS.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL G. MILLER, <br><br> Defendant. | Case No. 14-cv-04952-TEH <br><br> **ORDER CONTINUING DISCOVERY DEADLINE AND VACATING TRIAL DATE AND OTHER PRETRIAL DEADLINES** |

The parties jointly request a six-week continuance of the pretrial deadlines, including the August 17, 2015 discovery cutoff, and ask the Court to set a new trial date. This request, filed on the date of the existing discovery cutoff, is untimely. Additionally, the parties' inability to correctly estimate the time required for discovery at the time they requested a trial date does not constitute good cause to modify the trial schedule.

Nonetheless, because the parties believe that there is a reasonable likelihood that settlement efforts will be successful, the Court GRANTS IN PART the parties' request. The deadline to complete discovery is extended to **September 28, 2015**. The remaining pretrial deadlines and trial date are VACATED.

If this case does not settle at or before the anticipated November 2, 2015 settlement conference, the parties shall file a joint case management statement on or before **November 9, 2015**, and appear for a case management conference on **November 16, 2015, at 1:30 PM**. The Court will set a new trial date and related deadlines at that time.

**IT IS SO ORDERED.**

Dated: 08/18/15

THELTON E. HENDERSON
United States District Judge