UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXURYCATALOGS.COM, INC.,<br>        Plaintiff,<br>    v.<br>DANIEL G. MILLER,<br>        Defendant. | Case No. 14-cv-04952-TEH<br><br>**ORDER REOPENING CASE** |

       This case settled with the assistance of Magistrate Judge Maria-Elena James on November 2, 2015.  The following day, this Court dismissed the case with prejudice but provided that the dismissal would be vacated if any party certified to the Court within 60 days that the agreed consideration had not been delivered.  Plaintiff Luxurycatalogs.com filed a motion to enforce the settlement on December 23, 2015, and the Court referred the motion to Judge James for a report and recommendation.

       Judge James recommended that the Court deny Plaintiff's motion because it lacks jurisdiction to enforce the agreement.  She further recommended that the Court set aside the order of dismissal and restore this case to the calendar.  Objections were due by January 11, 2016, and no objections were filed.

       After reviewing the record and Judge James's report and recommendation, the Court finds good cause to adopt the report and recommendation in its entirety. Accordingly, Plaintiff's motion to enforce the settlement is DENIED.  However, the November 3, 2015 Order of Dismissal is set aside, and the Clerk shall reopen the file.  The

//

//

//

parties shall appear for a joint case management conference on **March 21, 2016, at 1:30 PM**, and file a joint case management conference statement on or before **March 14, 2016**.

**IT IS SO ORDERED.**

Dated:   01/13/16                                      _____
                                                               THELTON E. HENDERSON
                                                               United States District Judge

2